REBECCA KLEIN AND ANDRE KLEIN v. FRED RIPPE, T/A TOWN DELI, ET AL.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL BLACK.

March 24, 1987.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, for reconsideration of defendant's sentence in the light of *State v. Kruse*, 105 *N.J.* 354 (1987) and *State v. Martelli*, 201 *N.J.Super.* 378 (App.Div.1985).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. JOSEPH DREW.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNULFO CHALA.

March 24, 1987.

Petition for certification denied.